**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re Cases Held for the Decision in* State v. Thomas, Slip Opinion No. 2016-Ohio-7561.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-7561

IN RE CASES HELD FOR THE DECISION IN *STATE v. THOMAS*.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re Cases Held for the Decision in* State v. Thomas, Slip Opinion No. 2016-Ohio-7561.]**

*Disposition of cases held for the decision in* State v. Thomas—*Judgments of the court of appeals affirmed.*

(Submitted October 11, 2016—Decided November 2, 2016.)

_____

{¶ 1} The judgments of the court of appeals in the following cases are affirmed on the authority of *State v. Thomas*, ___ Ohio St.3d ___, 2016-Ohio-5567, ___ N.E.3d ___.

{¶ 2} 2015-0947. *State v. Kent*, 8th Dist. Cuyahoga No. 101853, 2015-Ohio-1546.

{¶ 3} 2015-0994. *State v. Bryan*, 8th Dist. Cuyahoga No. 101209, 2015-Ohio-1635.

{¶ 4} 2015-1273. *State v. Hill*, 2015-Ohio-2389, 37 N.E.3d 822 (8th Dist.).

{¶ 5} 2015-1810.  *State v. Owens*, 8th Dist. Cuyahoga No. 102276, 2015-Ohio-3881.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and would reinstate the sentences imposed by the trial courts.

_____

{¶ 6} The judgments of the court of appeals in the following cases are also affirmed on the authority of *State v. Thomas*, ___ Ohio St.3d ___, 2016-Ohio-5567, ___ N.E.3d ___.

{¶ 7} 2015-1357.  *State v. Irby*, 8th Dist. Cuyahoga No. 102263, 2015-Ohio-2705.

{¶ 8} 2015-1592.  *State v. Stearns*, 8th Dist. Cuyahoga No. 102463, 2015-Ohio-3239.

{¶ 9} 2015-1767.  *State v. Wheeler*, 8th Dist. Cuyahoga No. 102375, 2015-Ohio-3768.

{¶ 10} 2015-1950.  *State v. Brown*, 8th Dist. Cuyahoga No. 102377, 2015-Ohio-4372.

{¶ 11} 2015-1986.  *State v. Jackson*, 8th Dist. Cuyahoga No. 102271, 2015-Ohio-4490.

{¶ 12} 2015-1987.  *State v. Burton*, 8th Dist. Cuyahoga No. 102378, 2015-Ohio-4494.

{¶ 13} 2015-1988.  *State v. Frost*, 8th Dist. Cuyahoga No. 102376, 2015-Ohio-4493.

{¶ 14} 2015-2043.  *State v. Jenkins*, 8th Dist. Cuyahoga No. 102462, 2015-Ohio-4583.

{¶ 15} 2016-0490.  *State v. Gales*, 8th Dist. Cuyahoga No. 102809, 2016-Ohio-588.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and would reverse and remand to the trial courts with instructions to sentence the defendants pursuant to the law in effect at the time of the offense.

_____